**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **3B Global, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Oral Stericlean**<br>**DBA  Suncoast Liquidators** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-3536725** |

4. **Debtor's address**

**Principal place of business**

**12020 Race Track Road**
**Tampa, FL 33626**
Number, Street, City, State & ZIP Code

**Hillsborough**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.suncoastliquidators.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **3B Global, LLC**                                    Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4249__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

| Debtor | 3B Global, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **3B Global, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  7, 2019**
               MM / DD / YYYY

**X** **/s/ Teresa Birney**
Signature of authorized representative of debtor

**Teresa Birney**
Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Buddy D. Ford, Esquire**                     Date  **January  7, 2019**
Signature of attorney for debtor                                MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone  **(813)877-4669**     Email address  **All@tampaesq.com**

**0654711 FL**
Bar number and State

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*
www.flmb.uscourts.gov

In the Matter of:                     }
                                      }   Chapter 11
3B GLOBAL, LLC,                       }
                                      }   Case No: 8:19-bk-
            Debtor,                   }
_____  }

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, *TERESA BIRNEY*, declare, under penalty of perjury, that I am the Manaing Member of 3B GLOBAL, LLC (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Member(s) of said corporation at a special meeting duly called and held on the  7th  day of January, 2019.

"**Whereas**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that  *TERESA BIRNEY*, Managing Member of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter  voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that *TERESA BIRNEY*, Managing Member of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**Be It Further Resolved**, that *TERESA BIRNEY*, Managing Member of this corporation is authorized and directed to employ Buddy D. Ford, Esquire, Florida Bar #0654711, attorney and the law firm of *Buddy D. Ford, P.A., 9301 West Hillsborough Avenue, Tampa, Florida  33615-3008*, to represent the corporation in such bankruptcy case."

Date  1/7/2019                     Signed_____
                                          *TERESA BIRNEY*, Managing Member

**Fill in this information to identify the case:**

Debtor name    **3B Global, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  7, 2019**          X */s/ Teresa Birney*
                                                Signature of individual signing on behalf of debtor

                                                **Teresa Birney**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **3B Global, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **David Scher 1018 Del Harbour Dr. Unit 1 Delray Beach, FL 33483** | | **Note** | | | | **$195,000.00** |
| **OTOC, LLC c/o Frank Coto 15306 Lake Maurine Dr. Odessa, FL 33556** | | **Mortgage - 516 Cypress Bend, Oldsmar, FL 34677 (not-recorded)** | **Unliquidated** | | | **$90,829.78** |
| **Gail & Robin Selby 1360 Playmoor Dr. Palm Harbor, FL 34683** | | **Note** | | | | **$70,000.00** |
| **Last Call Capital, LLC; William Matthews,III;Francis Correll Jr., c/o KHHB 1835 Market St., Ste.1400 Philadelphia, PA 19103** | | **Various overstock Electronics, Cosmetics, new & used clothing, and toys** | **Unliquidated** | **$90,000.01** | **$48,081.91** | **$55,019.33** |
| **Chase Ink Cardmember Services PO Box 6294 Carol Stream, IL 60197-6294** | | **Credit Card** | **Contingent Unliquidated** | | | **$49,698.00** |
| **Queens Funding 101 Chase Ave., Ste. 208 Lakewood, NJ 08701** | | **Merchant Cash Advance** | | | | **$43,705.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | 3B Global, LLC | | Case number *(if known)* | |
|--------|----------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | Credit Card | Contingent Unliquidated | | | $27,642.01 |
| FL Enterprises Attn: Richard Feist 25541 Arctic Ocean Drive Lake Forest, CA 92630 | | Storage | | | | $20,000.00 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | Co-Debtor to Gold Credit Card | Contingent Unliquidated | | | $19,074.80 |
| CFG Merchant Solutions / Capital 180 Maiden Lane, Flr 15 New York, NY 10038 | | Merchant Cash Advance | | | | $8,432.00 |
| Cherie Tedesco 9850 Lake Chase Island Way Tampa, FL 33626 | | Loan | | | | $5,082.70 |
| Peck Jenkins Kershner CPAsPA 34650 US Highway 19 N Suite 108 Palm Harbor, FL 34684-2155 | | Accounting Services | | | | $5,000.00 |
| Behalf 100 William St. New York, NY 10038 | | Co-Debtor to debt | Contingent Unliquidated | | | $4,611.00 |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | Credit Card | | | | $3,828.35 |
| PNC Bank PO Box 6534 Carol Stream, IL 60197-6534 | | Credit Card | Contingent Unliquidated | | | $1,710.00 |
| Steve Wysoczawski 495 Plymouth Rd. Glenside, PA 19038 | | Independant Contractor/Financial Consultant required by Lender's/Investor's (Last Call) | Disputed | | | $1,250.00 |

**Fill in this information to identify the case:**

Debtor name    **3B Global, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $      81,872.03

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $      81,872.03

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      103,101.24

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      1,250.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$      1,192,631.81

4.    Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b    $      1,296,983.05

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **3B Global, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.      **Cash on hand** | **$300.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Center State Bank** | **Checking - Operating** | **4392** | **$5,381.15** |
| 3.2. | **Center State Bank** | **Checking - Wire** | **9168** | **$3,424.76** |
| 3.3. | **PayPal** | **Merchant** | **GU3S** | **$527.76** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$9,633.67**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **3B Global, LLC**                                   Case number *(If known)*
          Name

| 7.1. | **Security Deposit w/ Landlord** | $3,548.83 |
|------|----------------------------------|-----------|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                    | $3,548.83 |
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

   11a. 90 days old or less:        20,002.62        -        0.00        = ....        $20,002.62
                               face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                    | $20,002.62 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** **Various overstock Electronics, Cosmetics, new & used clothing, and toys** | | $0.00 | | $48,081.91 |

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                   | $48,081.91 |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**

Debtor    **3B Global, LLC**                                    Case number *(If known)* _____
          Name

■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**4-Desks, 3-Chairs, Table, Couch, Used Mini Refrigerator,  Photography Stand & Lights, Various decorations, Boxes, Tape & office supplies** | **$0.00** | | **$280.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer & Pallet Jack** | **$0.00** | | **$325.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | **$605.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **3B Global, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **3-Patents/Trademarks: Oral Stericlean, Pumpkin People, & Baby Stashe** | **$0.00** | | **Unknown** |

| 61. | **Internet domain names and websites** |
|---|---|
| 62. | **Licenses, franchises, and royalties** |
| 63. | **Customer lists, mailing lists, or other compilations** |
| 64. | **Other intangibles, or intellectual property** |
| 65. | **Goodwill** |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** | |
| | Description (include name of obligor) | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **3B Global, LLC**                                      Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **Possible Cause of Action against Gary M. Monaco, 3306 Ephross Circle, Doylestown, PA 18902** | **Unknown** |
| | Nature of claim       **Undetermined** | |
| | Amount requested                **$0.00** | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |
| | ■ No | |
| | ☐ Yes | |

Debtor    **3B Global, LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,633.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,548.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,002.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $48,081.91 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $605.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $81,872.03 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $81,872.03 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **3B Global, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **Celtic Bank /Blue Vine**<br>Creditor's Name<br><br>**268 South State St, Ste. 300**<br>**Salt Lake City, UT 84111**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Various overstock Electronics, Cosmetics, new & used clothing, and toys** | **$13,101.23** | **$48,081.91** |

Describe the lien
**UCC-1 - Financing & Security Agreement**

Is the creditor an insider or related party?
   ☑ No
   ☐ Yes

Is anyone else liable on this claim?
   ☐ No
   ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
   ☐ No
   ☑ Yes. Specify each creditor, including this creditor and its relative priority.
   **1. Celtic Bank /Blue Vine**
   **2. Last Call Capital, LLC;**

As of the petition filing date, the claim is:
Check all that apply
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**   **Last Call Capital, LLC;**<br>Creditor's Name<br>**William Matthews,III;Francis Correll Jr., c/o KHHB**<br>**1835 Market St., Ste.1400**<br>**Philadelphia, PA 19103**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Various overstock Electronics, Cosmetics, new & used clothing, and toys** | **$90,000.01** | **$48,081.91** |

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
   ☑ No
   ☐ Yes

Is anyone else liable on this claim?
   ☑ No
   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor   **3B Global, LLC**
_____
　　　　Name

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

3.　Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.　| $103,101.24 |

**Part 2:**　List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Blue Vine, Inc.**<br>**401 Warren St., Ste. 300**<br>**Redwood City, CA 94063** | Line  **2.1** | |
| **Corporation Service Co,**<br>**as Representative**<br>**PO Box 2576**<br>**uccsprep@cscinfo.com**<br>**Springfield, IL 62708** | Line  **2.1** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**3B Global, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Department of Revenue**
**PO Box 6668**
**Tallahassee, FL 32314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**   Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Noticing Purposed Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**   Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Noticing Purposed Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **3B Global, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,250.00** | **$0.00** |
|---|---|---|---|---|

**Steve Wysoczawski**
**495 Plymouth Rd.**
**Glenside, PA 19038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Independant Contractor/Financial Consultant required by Lender's/Investor's (Last Call)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,642.01** |
|---|---|---|---|

**American Express**
**PO Box 650448**
**Dallas, TX 75265-0448**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4019**

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,074.80** |
|---|---|---|---|

**American Express**
**PO Box 650448**
**Dallas, TX 75265-0448**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1017**

Basis for the claim:  **Co-Debtor to Gold Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,611.00** |
|---|---|---|---|

**Behalf**
**100 William St.**
**New York, NY 10038**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Co-Debtor to debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160,847.68** |
|---|---|---|---|

**Bly, Dr. Joshua & Peluso**
**Chiropractic & Rehab Center**
**36949 US Hwy 19 N**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,828.35** |
|---|---|---|---|

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6479**

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **3B Global, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,432.00** |
|---|---|---|---|

**CFG Merchant Solutions / Capital**
**180 Maiden Lane, Flr 15**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Merchant Cash Advance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,698.00** |
|---|---|---|---|

**Chase Ink**
**Cardmember Services**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Credit Card

Last 4 digits of account number  4453

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,082.70** |
|---|---|---|---|

**Cherie Tedesco**
**9850 Lake Chase Island Way**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,500.00** |
|---|---|---|---|

**Francis M. Correll**
**c/o Klehr Harrison Harvey**
**Branzburg, LLP**
**1835 Market St., Ste. 1400**
**Philadelphia, PA 19103**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Note

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,695.50** |
|---|---|---|---|

**Frank Coto**
**15306 Lake Maurine Dr.**
**Odessa, FL 33556**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Note

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,999.99** |
|---|---|---|---|

**Charles A. Ercole**
**c/o Klehr Harrison Harvey**
**Branzburg, LLP**
**1835 Market St., Ste. 1400**
**Philadelphia, PA 19103**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Note

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**FL Enterprises**
**Attn: Richard Feist**
**25541 Arctic Ocean Drive**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Storage

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | 3B Global, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Rita Luciani**<br>**12727 Maisonneuve Rd.**<br>**Tecumseh, Ontario**<br>**N8N 4P8  Canada**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Note**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$123,475.00** |

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**William W. Matthews, III**<br>**c/o Klehr Harrison Harvey**<br>**Branzburg LLP**<br>**1835 Market St. ,Ste. 1400**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Note**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$117,500.00** |

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**William W. Matthews, III**<br>**c/o Klehr Harrison Harvey**<br>**Branzburg LLP**<br>**1835 Market St. ,Ste. 1400**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Note**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,000.00** |

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**OTOC, LLC**<br>**c/o Frank Coto**<br>**15306 Lake Maurine Dr.**<br>**Odessa, FL 33556**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Mortgage - 516 Cypress Bend, Oldsmar, FL 34677 (not-recorded)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$90,829.78** |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Peck Jenkins Kershner CPAsPA**<br>**34650 US Highway 19 N**<br>**Suite 108**<br>**Palm Harbor, FL 34684-2155**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Accounting Services**<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | **$5,000.00** |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**PNC Bank**<br>**PO Box 6534**<br>**Carol Stream, IL 60197-6534**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **3918** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,710.00** |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Queens Funding**<br>**101 Chase Ave., Ste. 208**<br>**Lakewood, NJ 08701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Merchant Cash Advance**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$43,705.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **3B Global, LLC**_____    Case number (if known) _____
         Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,000.00 |

Nonpriority creditor's name and mailing address
David Scher
1018 Del Harbour Dr.
Unit 1
Delray Beach, FL 33483

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $195,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

3.21    Nonpriority creditor's name and mailing address
Gail & Robin Selby
1360 Playmoor Dr.
Palm Harbor, FL 34683

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $70,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

3.22    Nonpriority creditor's name and mailing address
Tyler Smith
6 Cervantes
San Juan, PR 00907

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $15,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Line **3.2**<br>☐ Not listed. Explain | _ |
| 4.2 | OTOC, LLC<br>c/o Hassan Consulting, Inc.<br>/ Joed Hassani<br>3614 Fiddlers Green Loop<br>Wesley Chapel, FL 33544 | Line **3.16**<br>☐ Not listed. Explain | _ |
| 4.3 | OTOC, LLC<br>c/o Douglas Ford<br>6222 Iroguis Court<br>Odessa, FL 33556 | Line **3.16**<br>☐ Not listed. Explain | _ |
| 4.4 | David Scher<br>33547 Heirloom Circle<br>Farmington, MI 48331 | Line **3.20**<br>☐ Not listed. Explain | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,250.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,192,631.81 |

Debtor    **3B Global, LLC**
     Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.    $               **1,193,881.81**

**Fill in this information to identify the case:**

Debtor name    **3B Global, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement - Email** |
| State the term remaining | **Month-to-Month** |
| List the contract number of any government contract | **Go Daddy** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement - Website** |
| State the term remaining | **Month-to-Month** |
| List the contract number of any government contract | **Shopify** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement - Internetl** |
| State the term remaining | **Month-to-Month** |
| List the contract number of any government contract | **Spectrum** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Landlord - Current (~$3,600 / mo.)** |
| State the term remaining | **4 1/2 years** |
| List the contract number of any government contract | **TNHYIF REIV Juliet, LLC Tri-County Business Park 1736 Momentum Place Chicago, IL 60689-5317** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **3B Global, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Gary Monaco** | **3306 Ephross Circle**<br>**Doylestown, PA 18902** | **American Express** | ☐ D _____<br>☑ E/F __3.2__<br>☐ G _____ |
| 2.2  **Gary Monaco** | **3306 Ephross Circle**<br>**Doylestown, PA 18902** | **American Express** | ☐ D _____<br>☑ E/F __3.1__<br>☐ G _____ |
| 2.3  **Gary Monaco** | **3306 Ephross Circle**<br>**Doylestown, PA 18902** | **PNC Bank** | ☐ D _____<br>☑ E/F __3.18__<br>☐ G _____ |
| 2.4  **Gary Monaco** | **3306 Ephross Circle**<br>**Doylestown, PA 18902** | **Behalf** | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |
| 2.5  **Gary Monaco** | **3306 Ephross Circle**<br>**Doylestown, PA 18902** | **Celtic Bank /Blue Vine** | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **3B Global, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Gary Monaco** | 3306 Ephross Circle<br>Doylestown, PA 18902 | **Chase Ink** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.7 | **Teresa Birney** | 516 Cypress Bend<br>Oldsmar, FL 34677 | **OTOC, LLC** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **3B Global, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>■ Other  **Estimated YTD** | **$472,000.00** |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$463,851.00** |
   | **For the fiscal year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$555,990.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

| Debtor | **3B Global, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Steve Wysoczawski**<br>**495 Plymouth Rd.**<br>**Glenside, PA 19038** | **1st & 16th of**<br>**Each Month** | **$13,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.2. | **Behalf**<br>**100 William St.**<br>**New York, NY 10038** | **normal**<br>**course** | **$8,431.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **Queens Funding**<br>**101 Chase Ave., Ste. 208**<br>**Lakewood, NJ 08701** | **normal**<br>**course** | **$30,215.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Last Call Capital, LLC;**<br>**William Matthews,III;Francis**<br>**Correll Jr., c/o KHHB**<br>**1835 Market St., Ste.1400**<br>**Philadelphia, PA 19103** | | **$8,058.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **3B Global, LLC** | Case number *(if known)* |
|---|---|---|

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buddy D. Ford, P.A. 9301 W. Hillsborough Avenue Tampa, FL 33615-3008** | | **12/27/18** | **$16,717.00** |
| | Email or website address **All@TampaEsq.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | 3B Global, LLC | Case number *(if known)* | |
|---|---|---|---|

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **3B Global, LLC**                                          Case number *(if known)*

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **FL Enterprises Attn: Richard Feist 25541 Arctic Ocean Drive Lake Forest, CA 92630** | **FL Enterprises (Oct 2013 to Oct 2018)** | **Would store and ship inventory.  Any remaining Inventory was sent to Debtor.** | ■ No ☐ Yes |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Debtor | 3B Global, LLC | Case number *(if known)* |
|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Teresa Birney**<br>**12020 Race Track Road**<br>**Tampa, FL 33626** | **09/26/2011 (Incorporation) to present** |
| 26a.2. **Peck Jenkins Kershner CPAs PA**<br>**34650 US Highway 19 N Ste 108**<br>**Palm Harbor, FL 34684-2155** | **2012 to June 2017** |
| 26a.3. **Brand Tax Group PLLC**<br>**442 W. Kennedy Blvd., Ste. 390**<br>**Tampa, FL 33606-1495** | **June 2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **3B Global, LLC**                                                      Case number *(if known)*

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Teresa Birney | 12020 Race Track Road<br>Tampa, FL 33626 | Shareholder / Officer | 65.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Francis M. Correll | c/o Klehr Harrison Harvey Branzburg, LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | Shareholder | 3.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank Coto | 153 Lake Maurine Dr.<br>Odessa, FL 33556 | Shareholder | 6.75% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles A. Ercole | c/o Klehr Harrison Harvey Branzburg, LLP<br>1835 Market St., Ste. 1400<br>Philadelphia, PA 19103 | Shareholder | 1.67% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank Fabbiano | 501 Knights Run Ave., #1221<br>Tampa, FL 33602 | Shareholder | 1.25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sherri Fabbiano | 501 Knights Run Ave., #1221<br>Tampa, FL 33602 | Shareholder | 1.25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Heinzen | 11403 Glenmont Dr.<br>Tampa, FL 33635 | Shareholder | 2.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Josh D. Bly | 516 Cypress Blvd.<br>Tampa, FL 33635 | Shareholder | 5.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Helen Kallis | 6 Cervantes<br>San Juan, PR 00907 | Shareholder | 2.50% |

Debtor    __3B Global, LLC_____    Case number _(if known)_ _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Last Call Capital, LLC | 1835 Market St., Ste. 1400 Philadelphia, PA 19103 | Shareholder | 3.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William W. Matthews, III | 1835 Market St., Ste.1400 Philadelphia, PA 19103 | Shareholder | 4.17% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Smith | 502 Shadbury Court Fort Collins, CO 80525 | Shareholder | 1.25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tyler Smith | 6 Cervantes San Juan, PR 00907 | Shareholder | 2.5% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Gary M. Monaco | 3306 Ephross Circle Doylestown, PA 18902 | Originally agreed to 7.50% of the shares for services to be performed.  Services were never provided - Accordingly, Debtor disputes transfer of the shares | 04/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Teresa Birney 12020 Race Track Road Tampa, FL 33626 | $2,500 gross bi-weekly (2018 = $58,888.65) | Bi-Weekly | Salary |
| | **Relationship to debtor** Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Debtor    **3B Global, LLC**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **3B Global, LLC**                                          Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  7, 2019**

**/s/ Teresa Birney**                                    **Teresa Birney**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **3B Global, LLC**                              Case No.

                                         Debtor(s)          Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Teresa Birney**<br>**12020 Race Track Road**<br>**Tampa, FL 33626** | | | **65.00%** |
| **Josh D Bly**<br>**36949 US Highway 19 N.**<br>**Palm Harbor, FL 34684** | | | **5.00%** |
| **Francis M. Correll**<br>**c/o Klehr Harrison Harvey**<br>**Branzburg, LLP**<br>**1835 Market St., Ste. 1400**<br>**Philadelphia, PA 19103** | | | **3.33%** |
| **Frank Coto**<br>**153 Lake Maurine Drive**<br>**Odessa, FL 33556** | | | **6.75%** |
| **Charles A. Ercole**<br>**c/o Klehr Harrison Harvey**<br>**Branzburg, LLP**<br>**1835 Market St., Ste. 1400**<br>**Philadelphia, PA 19103** | | | **1.67%** |
| **Frank Fabbiano**<br>**501 Knights Run Ave, #1221**<br>**Tampa, FL 33602** | | | **1.25%** |
| **Sherri Fabbiano**<br>**501 Knights Run Ave #1221**<br>**Tampa, FL 33602** | | | **1.25%** |
| **James Heinzen**<br>**11403 Glenmont Dr.**<br>**Tampa, FL 33635** | | | **2.00%** |
| **Helen Kallis**<br>**6 Cervantes**<br>**San Juan, PR 00907** | | | **2.50%** |
| **Last Call Capital, LLC;**<br>**William Matthews,III;Francis**<br>**Correll Jr., c/o KHHB**<br>**1835 Market St., Ste.1400**<br>**Philadelphia, PA 19103** | | | **3.33%** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

In re:   **3B Global, LLC**                                           Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **William W. Matthews, III**<br>**c/o Klehr Harrison Harvey**<br>**Branzburg LLP**<br>**1835 Market St. ,Ste. 1400**<br>**Philadelphia, PA 19103** | | | **4.17%** |
| **Ryan Smith**<br>**502 Shadbury Court**<br>**Fort Collins, CO 80525** | | | **1.25%** |
| **Tyler Smith**<br>**6 Cervantes**<br>**San Juan, PR 00907** | | | **2.5%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January  7, 2019** _____        Signature   **/s/ Teresa Birney** _____
                                                                    **Teresa Birney**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **3B Global, LLC**

Case No.

Debtor(s)

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January  7, 2019**

**/s/ Teresa Birney**

**Teresa Birney/Managing Member**
Signer/Title

3B Global, LLC
12020 Race Track Road
Tampa, FL 33626

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

Behalf
100 William St.
New York, NY 10038

Blue Vine, Inc.
401 Warren St., Ste. 300
Redwood City, CA 94063

Bly, Dr. Joshua & Peluso
Chiropractic & Rehab Center
36949 US Hwy 19 N
Palm Harbor, FL 34684

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Celtic Bank /Blue Vine
268 South State St, Ste. 300
Salt Lake City, UT 84111

CFG Merchant Solutions
/ Capital
180 Maiden Lane, Flr 15
New York, NY 10038

Chase Ink
Cardmember Services
PO Box 6294
Carol Stream, IL 60197-6294

Cherie Tedesco
9850 Lake Chase Island Way
Tampa, FL 33626

Corporation Service Co,
as Representative
PO Box 2576
uccsprep@cscinfo.com
Springfield, IL 62708

Francis M. Correll
c/o Klehr Harrison Harvey
Branzburg, LLP
1835 Market St., Ste. 1400
Philadelphia, PA 19103

Frank Coto
15306 Lake Maurine Dr.
Odessa, FL 33556

Department of Revenue
PO Box 6668
Tallahassee, FL 32314

Charles A. Ercole
c/o Klehr Harrison Harvey
Branzburg, LLP
1835 Market St., Ste. 1400
Philadelphia, PA 19103

FL Enterprises
Attn: Richard Feist
25541 Arctic Ocean Drive
Lake Forest, CA 92630

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Last Call Capital, LLC;
William Matthews,III;Francis
Correll Jr., c/o KHHB
1835 Market St., Ste.1400
Philadelphia, PA 19103

Rita Luciani
12727 Maisonneuve Rd.
Tecumseh, Ontario
N8N 4P8   Canada

William W. Matthews, III
c/o Klehr Harrison Harvey
Branzburg LLP
1835 Market St. ,Ste. 1400
Philadelphia, PA 19103

OTOC, LLC
c/o Frank Coto
15306 Lake Maurine Dr.
Odessa, FL 33556

OTOC, LLC
c/o Hassan Consulting, Inc.
/ Joed Hassani
3614 Fiddlers Green Loop
Wesley Chapel, FL 33544

OTOC, LLC
c/o Douglas Ford
6222 Iroguis Court
Odessa, FL 33556

Peck Jenkins Kershner CPAsPA
34650 US Highway 19 N
Suite 108
Palm Harbor, FL 34684-2155

PNC Bank
PO Box 6534
Carol Stream, IL 60197-6534

Queens  Funding
101 Chase Ave., Ste.  208
Lakewood, NJ 08701

David  Scher
1018 Del Harbour Dr.
Unit 1
Delray Beach, FL 33483

David  Scher
33547 Heirloom Circle
Farmington, MI 48331

Gail  &  Robin  Selby
1360 Playmoor Dr.
Palm Harbor, FL 34683

Tyler  Smith
6 Cervantes
San Juan, PR 00907

Steve  Wysoczawski
495 Plymouth Rd.
Glenside, PA 19038

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **3B Global, LLC**                                        Case No. _____
                                    Debtor(s)              Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.    $ __**1,717.00**__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ☐ Debtor        ■ Other (specify):    **Additional fees and/or costs due after depletion of the retainer shall be applied
                                            for**

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **January  7, 2019** | **/s/ Buddy D. Ford, Esquire** |
| *Date* | **Buddy D. Ford, Esquire 0654711** |
| | *Signature of Attorney* |
| | **Buddy D. Ford, P.A.** |
| | **9301 West Hillsborough Avenue** |
| | **Tampa, FL 33615-3008** |
| | **(813)877-4669  Fax: (813)877-5543** |
| | **All@tampaesq.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Middle District of Florida

In re   <u>3B Global, LLC</u>

Debtor(s)

Case No. _____

Chapter   <u>11</u>

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  <u>3B Global, LLC</u>  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>January  7, 2019</u>
Date

/s/ Buddy D. Ford, Esquire
**Buddy D. Ford, Esquire 0654711**
Signature of Attorney or Litigant
Counsel for   **3B Global, LLC**
**Buddy D. Ford, P.A.**
**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
**(813)877-4669 Fax:(813)877-5543**
**All@tampaesq.com**